UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

MARVIN GREEN, #432484, )
 )
    *Plaintiff*, )
 )
v. ) No.: 2:14-cv-101-RLJ
 )
STATE OF TENNESSEE, DERRICK )
SCHOFIELD, and JUDGE JERRY )
BECK, )
 )
    *Defendants.* )

## JUDGMENT

In accordance with the accompanying memorandum and order, this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim which would entitle him to relief under § 1983.

**SO ORDERED.**

**ENTER:**

/s/ Leon Jordan
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ *Debra L. Poplin*
CLERK OF COURT